IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Amarillo__ DIVISION

__Alexander Mendonsa #02117007__
Plaintiff's name and ID Number

__W.P. Clements TDCJ-ID__
Place of Confinement

JAN 16 2025 PM 2:05
FILED - USDC - NDTX - AM

CASE NO. __2-24cv-261-Z__
(Clerk will assign the number)

V.

APPLICATION TO PROCEED
IN FORMA PAUPERIS

__Zimmerman et al. Address unknown__
Defendant's name and address

I, __Alexander Mendonsa__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?   Yes ☐   No ☒
   b. Rent payments, interest or dividends?            Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments? Yes ☐   No ☒
   d. Gifts or inheritances?                          Yes ☐   No ☒
   e. Family or friends?                              Yes ☐   No ☒
   f. Any other sources?                              Yes ☐   No ☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____
   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
              Yes ☒       No ☐

   If you answered YES to any of the questions above, state the total value of the items owned.
   __$0.01__
   _____

1

☆ATCIFP (REV. 9/02)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

                Yes ☐      No ☒

If you answered YES, describe the property and state its approximate value.

_____

_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the **2nd** day of **January**, 20 **25**.

_____    **0217007**
Signature of Plaintiff                  ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

```
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE              01/08/25
1MCY/SD00283                  IN-FORMA-PAUPERIS DATA                      05:36:29
TDCJ#: 02117007 SID#: 04900846 LOCATION: BILL CLEMENTS    INDIGENT DTE: 08/18/20
NAME: MENDONSA,ALEXANDER KALE             BEGINNING PERIOD: 07/01/24
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.01 TOT HOLD AMT:        0.00 3MTH TOT DEP:          0.00
6MTH DEP:             0.00 6MTH AVG BAL:        0.01 6MTH AVG DEP:          0.00
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/24       0.01            0.00       09/24       0.01            0.00
11/24       0.01            0.00       08/24       0.01            0.00
10/24       0.01            0.00       07/24       0.01            0.00
```

STATE OF TEXAS COUNTY OF _POTTER_
ON THIS THE _8th_ DAY OF _JANUARY_ _2025_ I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _[signature] E. Schefer_
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



DENNIS E. SILVERTOOTH
Notary ID # 13404092-8
My Commission Expires
10-13-2026



AMARILLO TX 791
13 JAN 2025 PM 2 T

Alexander Mendoza # 02117007
9601 Spur 591 - BC -
Amarillo Tx 79107

RECEIVED
JAN 16 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Legal Mail

Clerk
United States District Court
Northern District of Texas
205 S.E. 5th Ave Room 133
Amarillo Tx 79101

79101$1559  C002