In the United States District Court
For the Northern District of Texas
Amarillo Division

Alexander Mendoza #02117-007
W.P. Clements

V.

Zimmerman et al

CASE NO. 2-24 CV-261-Z

JAN 16 2025 PM 2:05
FILED - USDC - NDTX - AM

---

- Submission of court ordered documents -
- See Attached. -

Alexander Mendonsa #02117007
TDCJ Clements Unit
9601 Spur 591
Amarillo, TX 79107

------------------------------------------------------

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Administrative Review and Risk Management
### Inmate Grievance
### NOTICE OF IMPROPERLY SUBMITTED GRIEVANCE

**12E 07B**

DATE: 1-4-24

NAME: Mendonsa, Alexander

TDCJ #: 2117007

UNIT: BC

FROM: Central Grievance Office

---

Your documents received in this office have been reviewed and a response is indicated below. If you need additional information or assistance, you may contact the Unit Grievance Investigator at your unit.

- [ ] These issues have been reviewed at both steps of the grievance procedure. No other administrative remedies are available to you regarding the issue. Further action by this office is not warranted.

- [x] Your Step 1 grievance(s) was properly screened.

- [ ] This Step 2 appeal cannot be processed without the corresponding original, answered Step 1 grievance.

- [x] You may not submit a Step 2 appeal on a Step 1 grievance that was <u>screened</u> using one of the screening criteria and returned to you unprocessed.

- [ ] It is not permissible to mail your grievances directly to the Central Grievance Office. Submitting your grievances incorrectly may result in your grievable time to expire.

**Step-1 and/or Step-2 grievances CANNOT be mailed here, they must be turned into your Unit Grievance Office first.**

Comments:

September 2022



# Texas Department of Criminal Justice

## STEP 2  OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: _____ |
| UGI Recd Date: OCT 16 2023 |
| HQ Recd Date: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID#: _____ |
| Extension Date: _____ |

Offender Name: Alexander Mendonsa   TDCJ # 2117007
Unit: BC   Housing Assignment: 12-E29B
Unit where incident occurred: BC

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I am dissatisfied with the Response at Step 1 Because, I was told A use of Force is No longer a Grieveable issue. But this was Not a use of Force. this was A Misuse/Abuse of official capacity to conduct an assault on me. Medical Records + camera/video evidence will support my claim. Also I was Denied medical attention multiple times before I was Finaly given Treatment when serious injury and Risk of Death became evident. HSM 120 9-11 AM 06-22-23 unit BC. watch what Happend. Also enroute to 12-E-29... video will Support claim. As well As medical Staff working that Day. On 12 Bldg Triage. And 10 Bldg. Emergency Room. And 10 bldg. infirmary cells... Also the Region 5 medical Director.

I am Also Dissatisfied Because the Step 1 was Not properly investigated. I suspect my 1st attempt was "Lost" to prolong the process and void my word Based on A time expiration. my 1st attempt was Submitted the morning of 06-26-23 the monday maybe tuesday 26th From 12-E 29 video Record will support my claim.

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

OCT 23 2023

Offender Signature: *[signature]* Date: 10-14-23

**Grievance Response:**



**Signature Authority:** _____ **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___Screened   ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___Screened   ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___Screened   ___Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back** (Revised 11-2010)    **Appendix G**

*this is Second Attempt because 1st Grievance was [lost]*

**Texas Department of Criminal Justice**

# STEP 1 — OFFENDER GRIEVANCE FORM

**EMERGENCY!** Second Attempt 1st Attempt was Lost

**Offender Name:** Alexander Mendonsa   **TDCJ #** 2117007
**Unit:** B.C.   **Housing Assignment:** 12 E 29 B
**Unit where incident occurred:** B.C.

**OFFICE USE ONLY**
Grievance #: ___
Date Received: ___
Date Due: ___
Grievance Code: ___
Investigator ID #: ___
Extension Date: ___
Date Retd to Offender: ___

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

**Who did you talk to (name, title)?** Turner, Grievance Investigator   **When?** 06-26-23   10-08-23
**What was their response?** that I Never Filed A Grievance, Grievance Lost.
**What action was taken?** NONE

**State your grievance in the space provided.** @ HSM

I was Assaulted by multiple officers in An excessive use of force on 06-23-23 I was in my cell And the Door Rolled 7 correctional officers came in And Beat me up. punching kicking slaming my Head in the concreate put me in cuffs And kicked my Head in punching the Back of my Head trying to kill me. saying stop Resisting But I was Already in cuffs. Then I was Brought out And slamed on my Head where I Breifly lost conciousness I was Denied medical Attention. officer Flowers tried to move me to 12-C pod. that was Not Lvl III Seg. but moved me to 12.E29. I was again Denied medical Attn. I started vomiting About an Hr Later. when med pass walked around. the Nurse saw me And Sent me to the Hospital on an ambulance I got a CAT Scan And it is Recorded multiple Fractures And Hematomas Major Head trauma Both my eyes were Swollen shut the Next Day. I was given A Case For assault on officer. But why was my Door opened Before I was in Hand restraints like policy says. the case # 20230202647. I was Denied A chance to go to the Hearing. I turned in my Grievance the Monday After 06-23-23. So 06-26. And I have sent multiple I-60 Asking About the status of said Grievance. I Finaly Recieved an I60 back on my 2nd Attempt Saying that I Never Filed A Grievance. So I see that

*YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM (OVER)*

**EMERGENCY! Read complotly.**

I-127 Back (Revised 11-2010)

10-11-23. Turner did Not Pick up this Grievance. She did not come to All sections to pick up. Offender Grievance Operations Manual Appendix F 8:20-8:30am She Didnt Do Her Job.

OCT 23 2023

It is being hidden because this is a possible law suit against TDCJ as well as criminal abuse of authority against all officers involved. So its not surprising the grievance was "Lost" this is my second attempt. As well the I-60 is attached to this grievance

OCT 12 2023

**Action Requested to resolve your Complaint:**
Disciplinary action against all officers involved to use of force as well as denied medical attention. Documentation of exhausting remedies for a law suit. A review of this grievance

Offender Signature: [signature]    Date: 10/1/23

**Grievance Response:**

---

**Signature Authority:** _____    Date: ___

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☒ 8. The issue presented is not grievable. — use of force issues — no longer grievable
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: A. Turner / A. Turner UGI

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

**Medical Signature Authority:** _____

**OFFICE USE ONLY**
Initial Submission / UGI Initials: AT
Grievance #: 2024019529
Screening Criteria Used: #8, 1899
Date Recd from Offender: OCT 12 2023
Date Returned to Offender: OCT 12 2023

2nd Submission    UGI Initials: ___
Grievance #: ___
Screening Criteria Used: ___
Date Recd from Offender: ___
Date Returned to Offender: ___

3rd Submission    UGI Initials: ___
Grievance #: ___
Screening Criteria Used: ___
Date Recd from Offender: ___
Date Returned to Offender: ___

I-127 Back (Revised 11-2010)    Offender Grievance Operations Manual Appendix F



AMARILLO TX 791
13 JAN 2025 PM 2 T

Alexander Mendoza # 02117007
9601 Spur 591 - BC
Amarillo Tx 79107

Clerk
United States District Court
Northern District of Texas
205 S.E. 5th Ave Room 133
Amarillo TX 79101

RECEIVED
JAN 16 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Legal Mail